UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION FRANK MILLER, | No. 2:15-cv-2405 KJM CKD P |
| Petitioner, | |
| v. | ORDER |
| R. RICKLEY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 7, 2016, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that all claims in the petition are dismissed, except for petitioner's due process claim that prison officials denied his request to call Officer Barker as a witness without adequate justification.

DATED: March 18, 2016

_____
UNITED STATES DISTRICT JUDGE